381 A.2d 916

Wernly et al. v. Hargrove et ux., Appellants.

Argued September 21, 1977. Howard M. Keuhner, with him Saul, Ewing, Remick & Saul, for appellants; Allan M. Tabas, for appellees.

Decree affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.

381 A.2d 916

Zec, Appellant, v. Zec et ux., et al.

Zec v. Zec et ux., Appellants, et al.

Argued September 12, 1977. Michael J. Pepe, Jr., for appellant at No. 1040, and appellee at No. 1041; Ira J. Pressman, with her Harvey Porter, for appellants at No. 1041, and appellees at No. 1040.

Decree affirmed.